Samuel J. TANNER, Respondent
Below, Appellant,

v.

Theresa L. ALLEN, Petitioner
Below, Appellee.

No. 626, 2014

Supreme Court of Delaware.

Submitted: August 19, 2015

Decided: August 20, 2015

Court Below—Family Court of the State of Delaware, in and for New Castle County, File No. CN12–06785, Petition No. 14–14068

AFFIRMED.

Kenneth SWANSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 304, 2014

Supreme Court of Delaware.

Submitted: August 19, 2015

Decided: August 20, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle

County, Cr. I.D. Nos. 1304003117A and 1304003117B

AFFIRMED.

David COTTON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 636, 2014

Supreme Court of Delaware.

Submitted: August 19, 2015

Decided: August 20, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County Cr. I.D. No. 1311015105

AFFIRMED.